**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**


**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

**v.**                                          **Case No. 4:24-cr-00220 KGB**

**NIKKOLAS PERRY**                                                           **DEFENDANT**


**PRELIMINARY ORDER OF FORFEITURE**

It is hereby ordered that:

1.      As the result of the November 19, 2025, guilty plea of defendant Nikkolas Perry,

Perry shall forfeit to the United States, under 18 U.S.C. § 924(d); 21 U.S.C. § 853; and 28 U.S.C.

§ 2461(c), the following property:

    A. a Palmetto State Armory, PA-15, multi-caliber rifle, bearing serial number SC0701893;

    B. a G-Force Arms, 12-gauge shotgun, bearing serial number 23BLP5587;

    C. a Sig Sauer, P250, 9mm pistol, bearing serial number EAU035871;

    D. a Kimber Micro, .380 caliber pistol, bearing serial number P0125243;

    E. a Ruger, SP101 revolver, bearing serial number 572-35402;

    F. $6,800 in U. S. currency;

    G. a prescription bottle with Perry's name on it containing suspected fentanyl pills; and

    H. a bag containing suspected fentanyl pills in the pocket of a male's suit jacket

(collectively "property subject to forfeiture").

2.      Upon the entry of this Order, the United States Attorney General or a designee

(collectively "Attorney General") is authorized to seize the above-listed property and to conduct

any discovery proper in identifying, locating, or disposing of the property subject to forfeiture. Fed. R. Crim. P. 32.2(b)(3).   Further, the Attorney General is authorized to commence any applicable proceeding to comply with statutes governing third party rights.

3.      The United States shall publish, in such a manner as the Attorney General may direct, notice of this Order and the United States' intent to dispose of the property subject to forfeiture.  The United States may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the property subject to forfeiture.

4.      Any person, other than Perry, asserting a legal interest in the property subject to forfeiture may petition the Court for a hearing without a jury to adjudicate the validity of his or her alleged interest in the property and for an amendment of this Order.  *See* 21 U.S.C. § 853(n)(2); 28 U.S.C. § 2461(c).  This petition must be filed within 30 days of the final publication of notice or receipt of notice, whichever is earlier.  21 U.S.C. § 853(n)(2).

5.      This preliminary order of forfeiture shall become final as to Perry at the time of sentencing and shall be made part of the sentence and included in the judgment.  Fed. R. Crim P. 32.2(b)(4)(A).  If no third-party files a timely claim, this Order shall become the final order of forfeiture.  Fed. R. Crim. P. 32.2(c)(2).

6.      Any petition filed by a third-party asserting an interest in the property subject to forfeiture shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property subject to forfeiture, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property subject to forfeiture, any additional facts supporting the petitioner's claim and the relief sought.

7.      After the disposition of any motion filed under Federal Rule of Criminal Procedure 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with

the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

8. The United States shall have clear title to the property subject to forfeiture following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided for the filing of third-party petitions.

9. The Court shall retain jurisdiction to enforce this Order and to amend it as necessary. *See* Fed. R. Crim. P. 32.2(e).

It is so ordered this 25th day of November 2025.

Kristine G. Baker
Chief United States District Judge

3